**Order entered July 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00813-CV

## IN RE TEXAS HEALTH RESOURCES AND TRUMBULL INSURANCE COMPANY, Relators

**Original Proceeding from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 15-02252**

## ORDER

Before the Court is relators' petition for writ of mandamus. The Court requests that real parties in interest and respondent file their responses to the petition, if any, on or before July 28, 2015.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE